IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRESCIT MORTGAGE CAPITAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EMERALD BAY APARTMENTS, LLC, a Washington limited liability company, and CHRISTOPHER S. ROBISON, an individual,<br><br>Defendants. | No. 22-cv-10263 (PGG)<br><br>**REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT** |

Pursuant to Fed. R. Civ. P. 55(a) and Local Civ. R. 55.1, Christopher J. Paolella requests Clerk's certificates of entry of default for Emerald Bay Apartments, LLC, and Christopher S. Robison.

Within in an declaration, I affirm that the parties against whom the judgment is sought:

1. are not infants or incompetent persons;

2. are not in the military service;

3. were properly served under Fed. R. C. P. 4 and proof of service having been filed with the court; and

4. have defaulted in appearance in the above captioned action.

Dated: March 31, 2023

/s/ Christopher J. Paolella
Christopher J. Paolella (CP-3061)
REICH & PAOLELLA LLP
111 Broadway, Suite 2002
New York, New York 10006
Tel: 212-804-7090
cpaolella@reichpaolella.com
*Counsel for Plaintiff Crescit Mortgage Capital, LLC*