# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRESCIT MORTGAGE CAPITAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EMERALD BAY APARTMENTS, LLC, a Washington limited liability company, and CHRISTOPHER S. ROBISON, an individual,<br><br>Defendants. | No. 22-cv-10263 (PGG)<br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 5, 2022, with the filing of a summons and complaint (Dkt. No. 5). A copy of the summons and complaint was served on defendant Christopher S. Robison on January 24, 2023, by personally serving him, and proof of service was filed on March 31, 2023 (Dkt. No. 12). A copy of the summons and complaint was served on defendant Emerald Bay Apartments, LLC, on February 14, 2023, by personally leaving a copy with Kim Robison, a person of suitable age and discretion who identified herself as the wife of governor and registered agent Chris Robison, and proof of service was filed on March 31, 2023 (Dkt. No. 13).

    I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendants Emerald Bay Apartments, LLC, and Christopher S. Robison is hereby noted.

Dated:    New York, New York

          __April 3__, 2023

**RUBY J. KRAJICK**,
Clerk of the Court

by: _K. Mango_____
     Deputy Clerk