# REICH & PAOLELLA LLP

III Broadway, Suite 2002
New York, N.Y. 10006-1901

telephone: (212) 804-7090
facsimile: (212) 804-7095

Christopher J. Paolella
Direct Dial: 212-804-7097
cpaolella@reichpaolella.com

April 3, 2023

Hon. Paul G. Gardephe
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007
*By CM/ECF*

**Re:** *Crescit Mortgage Capital, LLC* v. *Emerald Bay Apartments, LLC, et al.,* No. 22-cv-10263 (PGG)

Dear Judge Gardephe:

I represent plaintiff Crescit Mortgage Capital, LLC in this matter. I write to request an adjournment of the initial status conference currently scheduled for April 6, 2023.

Plaintiff has obtained a Clerk's Certificate of Default with regard to defendants Emerald Bay Apartments, LLC and Christopher S. Robison (Dkt. No. 16), and intends to apply to the Court this week for an order to show cause for entry of a default judgment. Given the anticipated default proceeding, we submit that little purpose would be served by an initial status conference at this time.

My attempts to communicate with defendants' prior counsel regarding this case have gone unanswered, and I assume that defendants are proceeding without counsel at this time.

Thank you for your attention to this matter.

Respectfully submitted,

Christopher J. Paolella

cc:    Christopher S. Robison (by U.S. mail)
       Emerald Bay Apartments, LLC (by U.S. m

**MEMO ENDORSED:**
Plaintiff is directed to move for a default judgment in accordance with this Court's Individual Rules of Practice in Civil Cases by **April 7, 2023**. The conference currently scheduled for April 6, 2023, is adjourned sine die.

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated:  April 4, 2023