IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRESCIT MORTGAGE CAPITAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EMERALD BAY APARTMENTS, LLC, a Washington limited liability company, and CHRISTOPHER S. ROBISON, an individual,<br><br>Defendants. | No. 22-cv-10263 (PGG)<br><br>**ORDER TO SHOW CAUSE TO OBTAIN DEFAULT JUDGMENT** |

Upon the Declaration of Christopher J. Paolella, Esq., dated April 4, 2023, and attached exhibits, and upon all prior papers and proceedings heretofore had herein, it is:

ORDERED that Defendants Emerald Bay Apartments, LLC and Christopher S. Robison shall appear to show cause before a motion term of this Court at Courtroom 705 of the United States Courthouse at 40 Foley Square, New York, New York, on _____, 2023, at _____, or as soon thereafter as counsel may be heard, why a judgment of default should not be entered pursuant to Rule 55 of the Federal Rules of Civil Procedure against these Defendants; and it is further

ORDERED that service of a copy of this Order and annexed declaration and exhibits upon the Defendants at the addresses listed below by overnight mail or courier, on or before _____, 2023, shall be deemed good and sufficient service.

Dated:   New York, New York

   _____, 2023

_____
Honorable Paul G. Gardephe
United States District Judge

1

To:

Christopher S. Robison
114 Channel Road
Eastsound, WA 98245

Emerald Bay Apartments, LLC
20 Jack and Jill Place #181
Deer Harbor, WA 98243