IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRESCIT MORTGAGE CAPITAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EMERALD BAY APARTMENTS, LLC, a Washington limited liability company, and CHRISTOPHER S. ROBISON, an individual,<br><br>Defendants. | No. 22-cv-10263 (PGG)<br><br>**DEFAULT JUDGMENT** |

This action having been commenced on December 5, 2022, by the filing of the Complaint, and a copy of the Summons and Complaint having been served on Defendant Christopher S. Robison on January 24, 2023, and a copy of the Summons and Complaint having been served on Defendant Emerald Bay Apartments, LLC on February 13, 2023, and Defendants Emerald Bay Apartments, LLC and Christopher S. Robison having failed to answer, move, or otherwise respond with respect to the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued a Certificate of Default of defendants pursuant to Federal Rule of Civil Procedure 55(b),

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. That judgment by default be granted in favor of Plaintiff Crescit Mortgage Capital, LLC and against Defendants Emerald Bay Apartments, LLC and Christopher S. Robison.

2. That Plaintiff Crescit Mortgage Capital, LLC be awarded damages in the amount of $244,914.24 and pre-judgment interest in the amount of $ 16,667.59 , for a total sum of $ 261,581.83 , against Defendants Emerald Bay Apartments, LLC and Christopher S. Robison, for which the defendants are jointly and severally liable.

3. That Plaintiff Crescit Mortgage Capital, LLC be awarded costs relating to the prosecution of this matter in the amount of $777.00.

4. That the Clerk of Court is directed to terminate the motion (Dkt. No. 20) and close the case.

Dated: New York, New York
May 4, 2023

_____
Honorable Paul G. Gardephe
United States District Judge