UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRESCIT MORTGAGE CAPITAL, LLC,

    Plaintiff,

- against -

EMERALD BAY APARTMENTS, LLC, and
CHRISTOPHER S. ROBISON,

    Defendants.

**ORDER**

22 Civ. 10263 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    On May 4, 2023, this Court entered a default judgment against Defendants Emerald Bay Apartments, LLC and Christopher S. Robison. (Dkt. No. 27) Defendants' May 25, 2023 application for an order staying execution of the judgment is granted pending resolution of Defendants' motion to vacate the default judgment.

    Plaintiff will file its opposition to Defendants' motion to vacate the default judgment by **June 23, 2023**.

    There will be a hearing on Defendants' application for an order vacating the default judgment on **June 28, 2023, at 3:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 16, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge