UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRESCIT MORTGAGE CAPITAL, LLC,<br><br>                            Plaintiff,<br><br>v.<br><br>EMERALD BAY APARTMENTS, LLC,<br><br>                            Defendant. | 22-CV-10263 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

An order issued October 31, 2023, required the parties to file a status letter a week in advance of the conference. *See* ECF No. 55. An order issued November 29, 2023, rescheduled the conference to March 19, 2024. *See* ECF No. 57.

It is hereby **ORDERED** that the parties shall file a joint letter as soon as possible and no later than **March 15, 2024.** The letter shall state whether any party intends to file a dispositive motion. The letter shall further describe the efforts the parties have made to settle the action and state whether the parties request a referral for settlement discussions before the assigned Magistrate Judge or through the District's Mediation Program.

      SO ORDERED.

Dated: March 13, 2024
       New York, New York

                                                          DALE E. HO
                                                          United States District Judge