```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  CRESCIT MORTGAGE CAPITAL, LLC

                                               Plaintiffs,

               -against-

  EMERALD BAY APARTMENTS, LLC ,

                                               Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

22-CV-10263 (DEH)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 61). A telephone conference will be held on **Tuesday, April 23, 2024 at 4:00 p.m.** in advance of a settlement conference. Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.

      **SO ORDERED.**

Dated: March 15, 2024
       New York, New York

                                                              _____
                                                              KATHARINE H. PARKER
                                                              United States Magistrate Judge