UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRESCIT MORTGAGE CAPITAL, LLC,

Plaintiff,

v.

EMERALD BAY APARTMENTS, LLC, et al.,

Defendants.

22-CV-10263 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

On April 25, 2024, the Court granted former Defendants' counsel motion for withdrawal. *See* ECF No. 69.  The Court directed Defendants' replacement counsel to "a notice of appearance for Defendants and/or Defendant Robison shall file a notice of pro se appearance if he decides to proceed pro se" by May 24, 2024.  *See* ECF No. 69.  To date, a replacement counsel has not filed a notice.

Accordingly, Defendant Robinson shall file a notice of pro se appearance by **July 22, 2024**, and provide the Court with your current mailing and email address, available at:

https://www.nysd.uscourts.gov/node/826.

The Clerk of Court is respectfully directed to mail copies of this Order to Defendant at the following addresses:

Christopher S. Robison

114 Channel Road

Eastsound, WA 98245

Emerald Bay Apartments, LLC

20 Jack and Jill Place, #181

Deer Harbor, WA 98243-4008

SO ORDERED.

Dated: July 1, 2024
        New York, New York

DALE E. HO
United States District Judge