# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRESCIT MORTGAGE CAPITAL, LLC, a Delaware limited liability company,<br><br>      Plaintiff,<br><br>      v.<br><br>EMERALD BAY APARTMENTS, LLC, a Washington limited liability company, and CHRISTOPHER S. ROBISON, an individual,<br><br>      Defendants. | No. 22-cv-10263 (DEH)<br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

    I, DANIEL ORTIZ, Acting Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 5, 2022, with the filing of a summons and complaint. Dkt. 5. A copy of the summons and complaint was served on defendant Christopher S. Robison on January 24, 2023, by personally serving him, and proof of service was filed on March 31, 2023. Dkt. 12. A copy of the summons and complaint was served on defendant Emerald Bay Apartments, LLC, on February 14, 2023, by personally leaving a copy with Kim Robison, a person of suitable age and discretion who identified herself as the wife of governor and registered agent Chris Robison, and proof of service was filed on March 31, 2023. Dkt. 13.

    I further certify that on April 25, 2024, the Court entered an Order granting the motion by counsel for defendants Emerald Bay Apartments, LLC, and Christopher S. Robison to withdraw from the case. In that Order, the Court the Court directed that by May 24, 2024, "replacement counsel shall file a notice of appearance for Defendants and/or Defendant Robison shall file a notice of pro se appearance if he decides to proceed pro se." Dkt. 69.

  I further certify that on July 1, 2024, the Court entered a second Order directing that "Defendant Robinson shall file a notice of pro se appearance by July 22, 2024, and provide the Court with your current mailing and email address." Dkt. 72.

  I further certify that the docket entries indicate that the defendants have not filed a notice of appearance, either pro se or by replacement counsel. The default of the defendants Emerald Bay Apartments, LLC, and Christopher S. Robison is hereby noted.

Dated:  New York, New York     **DANIEL ORTIZ**,
                  Acting Clerk of the Court

     July 31, 2024

                  by: _____
                     Deputy Clerk