# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRESCIT MORTGAGE CAPITAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EMERALD BAY APARTMENTS, LLC, a Washington limited liability company, and CHRISTOPHER S. ROBISON, an individual,<br><br>Defendants. | No. 22-cv-10263 (DEH)<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT** |

Please take notice that, upon the annexed declaration of Christopher J. Paolella and attached exhibits, and all prior papers and proceedings in this case, Plaintiff Crescit Mortgage Capital, LLC, by counsel, will move the court, at such time and date as the Court may designate:

1. For judgment by default against Defendants Emerald Bay Apartments, LLC and Christopher S. Robison, pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b); and

2. For an Order striking Defendants' Answer with Counterclaims and dismissing all counterclaims with prejudice, pursuant to Fed. R. Civ. P. 16 and 41.

Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the Court may direct.

| | |
|---|---|
| Dated: New York, New York<br>August 5, 2024 | REICH & PAOLELLA LLP<br>By: /s/ Christopher J. Paolella<br>Christopher J. Paolella, Esq.<br>111 Broadway, Suite 2002<br>New York, NY 10006<br>212-804-7090<br>cpaolella@reichpaollella.com |

To:

Christopher S. Robison
114 Channel Road
Eastsound, WA 98245
lendingadvantage@gmail.com

Emerald Bay Apartments, LLC
20 Jack and Jill Place #181
Deer Harbor, WA 98243
lendingadvantage@gmail.com