# Exhibit C

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:22-CV-10263-PGG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Christopher S. Robison**
was recieved by me on **1/20/2023:**

[X]   I personally served the summons on the individual at **114 Channel Road, Eastsound, WA 98245** on **01/24/2023**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 300.00** for services, for a total of **$ 300.00**.

I declare under penalty of perjury that this information is true.

Date:   01/24/2023

*Server's signature*

**Everett Wardlaw**
*Printed name and title*

**1378 Orchard Loop**
**Oak Harbor, WA 98277**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Christopher S. Robison with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 35-45 years of age, 5'10"-6'0" tall and weighing 160-180 lbs with a goatee.**




Tracking #: **0099927901**