# Exhibit D

**IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CRESCIT MORTGAGE CAPITAL, LLC** | Hearing Date: |
| Plaintiff/Petitioner | INDEX NO: **1:22-cv-10263-PGG** |
| vs. | Index Date: **12/05/2022** |
| **EMERALD BAY APARTMENTS, LLC; CHRISTOPHER S. ROBISON** | AFFIDAVIT OF SERVICE OF: |
| Defendant/Respondent | **CIVIL COVER SHEET; SUMMONS; COMPLAINt; CORP DISCLOSURE STATEMENT** |

Received by _____, on the _____ day of _____, 20_____ to be served upon **Emerald Bay Apartments, LLC at 114 Channel Road, Eastsound, San Juan County, WA 98245**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

I, _____, being duly sworn, depose and say that on the ____ day of _____, 20____ at_____ o'clock ___M, I **SERVED Emerald Bay Apartments, LLC at 114 Channel Road, Eastsound, San Juan County, WA 98245** in the manner described below:

☐ **PERSONAL SERVICE**, by then and there personally delivering _____ true and correct copy(ies) thereof.

---

*Physical description*

Now known as: _____

Executed on _____, 20_____.

---

| | | |
|---|---|---|
| Process Server Name | Reg. State, County and ID# | Signature |

ABC Legal Services, LLC
DCA Lic. #1380619 Exp, 02/28/24
147 Prince St, Suite 4-6, Brooklyn, NY 11201

SUBSCRIBED AND SWORN to before me this _____ day of _____, 20 _____

_____
NOTARY PUBLIC in and for the State of Washington

See Attached

FOR: **Williams Kastner & Gibbs, PLLC**
REF: **REF-11850645**

Tracking #: **0100577696**



# Office of the Sheriff of San Juan County, Washington
## SHERIFF'S RETURN OF SERVICE

STATE OF WASHINGTON )
                          SS.
COUNTY OF SAN JUAN )

Cause No. <u>22-cv-10263</u>
Sheriff CD#<u>23-0023</u>

<u>Crescit Mortgage Capital, LLC, a Delaware limited liability company, Plaintiff     vs     Emerald Bay Apartments, LLC, a Washington limited liability company, and CHRISTOPHER S. ROBISON, an individual, Defendant</u>

I, ERIC PETER, Sheriff of San Juan County, State of Washington, do hereby certify that I received: UNITED STATES DISTRICT COURT for the Southern District of New York; Crescit Mortgage Capital, LLC, a Delaware limited liability company, Plaintiff(s); v.; Emerald Bay Apartments, LLC, a Washington limited liability company, and CHRISTOPHER S. ROBISON, an individual, Defendant(s); Civil Action No. 22-cv-10263; SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; RULE 7.1 STATEMENT; on the 9th day of February, 2023 and that I served the same on the 13th day of February, 2023 at the hour of 12:45 PM within the County of San Juan, State of Washington, as follows:

**PERSONAL:** By delivering to and leaving with:
<u>Emerald Bay Apartments, LLC, Kim Robison (Wife) Substitute Service Christopher Robison</u>       <u>114 Channel Rd., Eastsound, WA 98245</u>
(Name)                                                                       (Address)

Dated this 14th day of February, <u>2023</u>.

ERIC PETER
Sheriff of San Juan County, Washington

FOR: Jason Gross, Deputy
BY:

SHERIFF'S FEES:
| | |
|---|---|
| Service............ | $ <u>30.00</u> |
| Travel ............ | $ <u>15.00</u> |
| Notary .......... | $ <u>15.00</u> |
| Return ........... | $ <u>15.00</u> |
| Total | $ <u>75.00</u> |

FOR USE ON FEDERAL OR OUT OF STATE SERVICE
Subscribed and sworn to before me this
<u>14th</u> day of <u>February</u>, 20 <u>23</u>

NOTARY PUBLIC in and for the State of Washington residing in Friday Harbor.
My commission expires <u>January 21st</u>, 20<u>26</u>

[Notary seal: SAMANTHA ROT... Commission Expires 01-21-2026 NOTARY PUBLIC License Number 2035136 STATE OF WASHINGTON]

ORIGINAL