# Exhibit F

Heron Apartments--Third Party Expenses

| Vendor | Service | Amount |
|---|---|---|
| Partner Engineering & Science, Inc. | Phase I Environmental Rpt | 2,600.00 |
| Partner Engineering & Science, Inc. | Property Condition Report | 2,900.00 |
| Partner Engineering & Science, Inc. | Seismic Risk Assessment | 2,900.00 |
| Alpha Risk Mgmt, Inc. | Insurance Review | 4,000.00 |
| Colliers International | Property Appraisal | 7,500.00 |
| V-Check Global | Background Checks | 2,839.64 |
| Rain Wine National Corp. | Underwriting & Diligence | 25,000.00 |
| The Planning & Zoning Resource Company (PZR) | Zoning Review | 1,524.60 |
| deNormandie, Sidlo | Local Counsel | 3,650.00 |
| Greenberg Traurig (1) | Transaction Legal Counsel | 87,000.00 |
| **Total** | | **139,914.24** |
| | Expense Deposit | 90,000.00 |
| | Due From Borrower | (49,914.24) |

(1) Transaction team formerly associated with Winston & Strawn



Date: **March 4, 2022**

Edmund Taylor   etaylor@crescitcap.com
Crescit Capital Strategies
601 Lexington Avenue
20th Floor
New York, NY   10019

Invoice Number: **22-357846-1**

FOR PROFESSIONAL SERVICES RENDERED:

**Client Reference:** 357846
**Project Name :** The Heron Apartments
**Address :** 1624 E. 32nd Street
TACOMA, WA   98404   UNITED STATES
**Partner Contact :** Sarah Fonseca
**Partner Project # :** 22-357846.1

| | |
|---|---:|
| Phase I Environmental Site Assessment | $2,600.00 |
| Property Condition Report | $2,900.00 |

This is an invoice for professional services and is due and payable upon presentation.
Reference invoice number 22-357846-1 on payment.

| Wiring Instructions PLEASE NOTE NEW BANKING INSTRUCTIONS | |
|---|---|
| Beneficiary Name | Partner Assessment Corp. |
| Beneficiary Account Number | 4280477522 |
| Bank Routing Number | 121000248 |
| SWIFT/BIC Code | WFBIUS6S |
| Receiving Bank Name | Wells Fargo Bank, N.A. |
| Receiving Bank Address | San Francisco, CA 94104 |

| | |
|---|---:|
| **Invoice Total:** | $5,500.00 |
| Deposit: | |
| Payment: | |
| **Amount Due:** | **$5,500.00** |

FEIN 20-8264379
A charge of 1.5% per month will be added to the total amount due 30 days after invoice date.
**PLEASE NOTE NEW REMIT TO ADDRESS**
Please make check payable to Partner Engineering & Science, Inc. and mail to:
Partner Assessment Corporation
PO Box 207428, Dallas, TX 75320-7428
Telephone 310-615-4500  Facsimile 310-615-4544
www.partneresi.com - AR@partneresi.com



Date: **March 4, 2022**

Edmund Taylor  etaylor@crescitcap.com
Crescit Capital Strategies
601 Lexington Avenue
20th Floor
New York, NY   10019

Invoice Number: **22-357846-2**

FOR PROFESSIONAL SERVICES RENDERED:

**Client Reference:** 357846
**Project Name :** The Heron Apartments
**Address :** 1624 E. 32nd Street
TACOMA, WA  98404  UNITED STATES
**Partner Contact :** Sarah Fonseca
**Partner Project # :** 22-357846.2

| | |
|---|---:|
| Level-1 Seismic Risk Assessment (SRA) with Probable Maximum Loss (PML) | $2,900.00 |
| Property Inspection | $0.00 |

This is an invoice for professional services and is due and payable upon presentation.
Reference invoice number 22-357846-2 on payment.

| Wiring Instructions PLEASE NOTE NEW BANKING INSTRUCTIONS | |
|---|---|
| Beneficiary Name | Partner Assessment Corp. |
| Beneficiary Account Number | 4280477522 |
| Bank Routing Number | 121000248 |
| SWIFT/BIC Code | WFBIUS6S |
| Receiving Bank Name | Wells Fargo Bank, N.A. |
| Receiving Bank Address | San Francisco, CA 94104 |

**Invoice Total:**   $2,900.00
**Deposit:**
**Payment:**
**Amount Due:**   $2,900.00

FEIN 20-8264379
A charge of 1.5% per month will be added to the total amount due 30 days after invoice date.

**PLEASE NOTE NEW REMIT TO ADDRESS**
Please make check payable to Partner Engineering & Science, Inc. and mail to:
Partner Assessment Corporation
PO Box 207428, Dallas, TX 75320-7428
Telephone 310-615-4500  Facsimile 310-615-4544
www.partneresi.com - AR@partneresi.com



**Alpha**
Risk Management, Inc.
1400 Old Country Road
Westbury, New York 11590

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/25/2022 | 20213 |

**BILL TO:**

Crescit Mortgage Capital
601 Lexington Avenue
20th Floor
New York, NY, 10022

Wire Transfer Instructions:
JP Morgan Chase
22 Grace Avenue
Great Neck, NY 11021
Alpha Risk Management, Inc
Account #1910634152-65
ABA#021000021

Project: Heron Apartments

| DESCRIPTION | AMOUNT |
|---|---|
| For insurance and risk management consulting services in conjunction with this real estate financing transaction including: evaluation of the risks associated with the financing of Heron Apartments; review of the evidences of insurance; consultation with the bank officials; remediation of coverage deficiencies; preparation of summaries of insurance, assembled insurance documentation loan closing package containing certificates of insurance reflecting the lender's interest as Mortgagee, Loss Payee and Additional Insured | 3,925.00 |
| Flood Determination Report - 1 Flood | 75.00 |
| **Total** | **$4,000.00** |

Payment Terms: Due Upon Receipt

Please include Invoice # on payment

# INVOICE FOR SERVICES RENDERED

**COLLIERS INTERNATIONAL**

**VALUATION & ADVISORY SERVICES**

26791 Network Place
Chicago, IL 60673-1267
MAIN  +1 503 542 5404
FAX   +1 604 602 7021
WEB   www.colliers.com



## CLIENT

Crescit Capital Strategies
Attn: Edmund Taylor
601 Lexington Avenue 20th Floor
New York, NY 10022

Please reference Job Number SEA220117 when remitting

## SUBJECT PROPERTY

**The Heron Apartments**
1624 East 32nd Street
Tacoma, WA 98404

## JOB INFORMATION

| | |
|---|---|
| Job Number | SEA220117 |
| Invoice Number | SEA220117 |
| Invoice ID | 319845 |
| Invoice Date | 03/15/2022 |
| Federal Tax ID | 41-2227433 |
| Office | Seattle |

## INVOICE AMOUNT

## COMMENTS

| | |
|---|---:|
| Appraisal Job Fee | $7,500.00 |
| Hourly Fees | $0.00 |
| Expenses | $0.00 |
| State Tax | $0.00 |
| Invoice Total | $7,500.00 |
| Payments | $0.00 |
| Retainers/Credits | $3,750.00 |
| **Balance Due** | **$3,750.00** |

Please remit all payments to
Colliers International Valuation & Advisory Services
26791 Network Place
Chicago, IL 60673-1267

Wire Instructions
JP Morgan Chase Bank, NA
Chicago, IL
70-2322/719
Account Name: Colliers International Valuation & Advisory Services, LLC
Account No. 899559074
ABA No. 021000021
ACH Payment Transit Routing Number: 071000013
Swift code for International Wires ONLY: CHASUS33
**Please include job/invoice number in addenda/memo payment information**

For any questions about this invoice
Accounts Receivables Department
Phone +1 503 542 5404
Fax +1 604 602 7021
Email eliza.estrada@colliers.com

**Please include job/invoice number in addenda/memo payment information**

Late Charges: At the option of Colliers International Valuation & Advisory Services (CIVAS), any amount past due shall bear simple interest at the annual rate of eighteen percent (18%), or 1.5% monthly, provided that in no event shall such interest rate exceed the highest legal interest rate for business loans. Further, to partially compensate CIVAS for banking, administrative and accounting costs, Client shall pay to CIVAS a fee of $50.00 (which may be increased from time to time) per occurrence for any check received for payments under this Statement that is not immediately honored for any reason whatsoever (including, without limitation, insufficient funds), which fee shall be in addition and without limitation to any other amounts claimed by CIVAS.

# INVOICE FOR SERVICES RENDERED

**COLLIERS INTERNATIONAL**

**VALUATION & ADVISORY SERVICES**

26791 Network Place

Chicago, IL 60673-1267

MAIN   +1 503 542 5404

FAX    +1 604 602 7021

WEB    www.colliers.com



## CLIENT

Crescit Capital Strategies
Attn: Edmund Taylor
601 Lexington Avenue 20th Floor
New York, NY 10022

Please reference Job Number SEA220117 when remitting

## SUBJECT PROPERTY

**The Heron Apartments**

1624 East 32nd Street

Tacoma, WA 98404

## JOB INFORMATION

| | |
|---|---|
| Job Number | SEA220117 |
| Invoice Number | SEA220117 |
| Invoice ID | 319845 |
| Invoice Date | 03/15/2022 |
| Federal Tax ID | 41-2227433 |
| Office | Seattle |

## INVOICE AMOUNT

## COMMENTS

| | |
|---|---:|
| Appraisal Job Fee | $7,500.00 |
| Hourly Fees | $0.00 |
| Expenses | $0.00 |
| State Tax | $0.00 |
| Invoice Total | $7,500.00 |
| Payments | $0.00 |
| Retainers/Credits | $3,750.00 |
| **Balance Due** | **$3,750.00** |

Please remit all payments to
Colliers International Valuation & Advisory Services
26791 Network Place
Chicago, IL 60673-1267

Wire Instructions
JP Morgan Chase Bank, NA
Chicago, IL
70-2322/719
Account Name: Colliers International Valuation & Advisory Services, LLC
Account No. 899559074
ABA No. 021000021
ACH Payment Transit Routing Number: 071000013
Swift code for International Wires ONLY: CHASUS33
**Please include job/invoice number in addenda/memo payment information**

For any questions about this invoice
Accounts Receivables Department
Phone +1 503 542 5404
Fax +1 604 602 7021
Email eliza.estrada@colliers.com

**Please include job/invoice number in addenda/memo payment information**

Late Charges: At the option of Colliers International Valuation & Advisory Services (CIVAS), any amount past due shall bear simple interest at the annual rate of eighteen percent (18%), or 1.5% monthly, provided that in no event shall such interest rate exceed the highest legal interest rate for business loans. Further, to partially compensate CIVAS for banking, administrative and accounting costs, Client shall pay to CIVAS a fee of $50.00 (which may be increased from time to time) per occurrence for any check received for payments under this Statement that is not immediately honored for any reason whatsoever (including, without limitation, insufficient funds), which fee shall be in addition and without limitation to any other amounts claimed by CIVAS.

DEFS05039



**PROJECT NAME: The Heron Apartments Ltd**

| Transaction | Date | Invoice Num | Subtotal | | Tax | |
|---|---|---|---|---|---|---|
| Invoice | 5/19/2022 | 61532 | $ | 1,500.00 | $ | 25.30 |
| Invoice | 5/23/2022 | 61670 | $ | 850.00 | $ | 14.34 |
| | | SUBTOTAL | $ | 2,350.00 | $ | 39.64 |
| | | GRAND TOTAL | | | $ | 2,389.64 |

Vcheck Global LLC.
150 E 52nd Street
Suite 32001
New York NY 10022
United States



BILL TO
The Rain Wine Real Estate Group, Ltd
710 Amsterdam Ave, Suite 1A
New York New York 10025
United States

SHIP TO
The Rain Wine Real Estate Group, Ltd
710 Amsterdam Ave, Suite 1A
New York New York 10025
United States

INVOICE: 61532
DATE: 5/19/2022
TERMS: Due Upon Receipt
DUE DATE: 5/19/2022

PROJECT NAME
The Heron Apartments

| SUBJECT | SERVICE | RATE | AMOUNT |
|---|---|---|---|
| Christopher Robison | Enhanced Due Diligence | $1,500.00 | $1,500.00 |
| Christopher Robison | Consumer Credit Report | $0.00 | $0.00 |
| Christopher Robison | Social Media - AI | $0.00 | $0.00 |

Sales tax on the data collection portion of Vcheck Global products may be applied in some states.
State/Local Tax Exemption Scenarios:
If you have documentation for the state in which our services were purchased and believe your firm should be exempt from state sales tax, please provide one or more of the following to eliminate sales tax on invoices from Vcheck Global:
*State Resale Certificate
*State Exemption Certificate
*Written confirmation that your firm self-accrues sales/use tax
*A direct-pay permit from the state in which the order is being placed

| | |
|---|---|
| Subtotal | $1,500.00 |
| Tax Total (%) | $25.30 |
| **Total** | **$1,525.30** |

* CREDIT/DEBIT CARD: Please visit https://pay.banquest.com/vcheck
* ACH/ Wire Transfer: JPMorgan Chase Bank, N.A. | Routing #: 322271627 | Account #: 165587170 | Swift Code: CHASUS33
Bank Address: 6120 W 3rd St, Los Angeles, CA 90036 | Phone: (323) 935-4067 |
* Make Checks Payable to Vcheck Global and mail to:
Vcheck Accounts Receivable | 150 E 52nd Street, Suite 32001, New York NY 10022, United States

1 of 1

DEFS05041

Vcheck Global LLC.
150 E 52nd Street
Suite 32001
New York NY 10022
United States



| BILL TO | SHIP TO | INVOICE | 61670 |
|---|---|---|---|
| The Rain Wine Real Estate Group, Ltd | The Rain Wine Real Estate Group, Ltd | DATE | 5/23/2022 |
| 710 Amsterdam Ave, Suite 1A | 710 Amsterdam Ave, Suite 1A | TERMS | Due Upon Receipt |
| New York New York 10025 | New York New York 10025 | DUE DATE | 5/23/2022 |
| United States | United States | | |

PROJECT NAME
The Heron Apartments

| SUBJECT | SERVICE | RATE | AMOUNT |
|---|---|---|---|
| Emerald Bay Apartments, LLC | Full (Standard) Due Diligence - Business | $850.00 | $850.00 |

Sales tax on the data collection portion of Vcheck Global products may be applied in some states
State/Local Tax Exemption Scenarios:
If you have documentation for the state in which our services were purchased and believe your firm should be exempt from state sales tax, please provide one or more of the following to eliminate sales tax on invoices from Vcheck Global:
*State Resale Certificate
*State Exemption Certificate
*Written confirmation that your firm self-accrues sales/use tax
*A direct-pay permit from the state in which the order is being placed

| | |
|---|---|
| Subtotal | $850.00 |
| Tax Total (%) | $14.34 |
| **Total** | **$864.34** |

* CREDIT/DEBIT CARD: Please visit https://pay.banquest.com/vcheck
* ACH/ Wire Transfer: JPMorgan Chase Bank, N.A. | Routing #: 322271627 | Account #: 165587170 | Swift Code: CHASUS33
Bank Address: 6120 W 3rd St, Los Angeles, CA 90036 | Phone: (323) 935-4067 |
* Make Checks Payable to Vcheck Global and mail to:
Vcheck Accounts Receivable | 150 E 52nd Street, Suite 32001, New York NY 10022, United States

1 of 1

# Rain Wine National Corp.

710 Amsterdam Avenue, #1A
New York, NY 10025

Joe Iacono
Crescit Capital Strategies
601 Lexington Avenue
20th Floor
New York, NY 10022

| | |
|---|---|
| Date: | June 20, 2022 |
| RW Invoice# | 22-006 |
| Site: | The Heron Apartments |
| UW Fee: | $23,250 |
| Site Inspection Fee & Costs: | $ 1,750 |
| **Total Invoice to be Paid:** | **$25,000** |

Please send check to above address, or wire to:

| | |
|---|---|
| Bank: | Citibank |
| ABA#: | 021-000-089 |
| Account: | Morgan Stanley & Co.: Beneficiary Account #40611172 |
| Sub-Account: | For further credit to:  DWR A/C 642-024931 |
| Account Name: | Rain Wine National Corp. |
| Fed. Tax I.D. | 65-0959412 |

Please call Khris Reina at (917) 829-7598 if you have any questions.

# Invoice

**The Planning & Zoning Resource Company**
1300 S Meridian Ave, Suite 400
Oklahoma City, OK  73108
Phone # 405-840-4344

Page 1/1
Invoice #: I221344
Invoice Date: 4/18/2022
Portfolio Number: 156001

**Bill To:**

Crescit Mortgage Capital, LLC
c/o Winston & Strawn LLP
200 Park Avenue
New York NY   101664193
Attn:   Robert Libonati
rlibonati@winston.com

**Remit To:**

The Planning & Zoning Resource Company
1300 S Meridian Ave, Suite 400
Oklahoma City, OK  73108

Payment for services is due at closing or within 30 days of the invoice, whichever is sooner

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| PZR Site # 156001-1 Heron Apartments 1624 East 32nd Street  Tacoma Washington | 1 | $1,000.00 | $1,000.00 |
| Site Expense | 1 | $524.60 | $524.60 |

| | |
|---|---|
| Total | $1,524.60 |
| Payments/Credits | $0.00 |
| Balance Due | $1,524.60 |

WIRING – ACH INSTRUCTIONS
Depository Bank: Valliance Bank – Oklahoma City, OK – (405)-286-5730
ABA#: 103013017
Account Name: The Planning and Zoning Resource Company

Account#: 107013971

Please reference our Invoice number when remitting payment.  Notifications can be sent to AR@pzr.com

| New Orders – orders@pzr.com<br>Billing Questions –<br>pzraccounts@pzr.com or ext. 4409 | Tax ID:<br>36-4804379 | Payment for services Is due at closing or Within 30 day of the Invoice, whichever is sooner |
|---|---|---|

DEFS05044

# deNORMANDIE, SIDLO

## INVOICE

**DATE:** April 28, 2022

**TO:** Ekaterina Wyn-Jones
Winston & Strawn LLP

**FROM:** Pete de Normandie

**SENT VIA:** **XX** E-Mail   _____ Facsimile

**RE:** Heron Apartments
Legal Fees and Costs

---

We are submitting this invoice in connection with services rendered in the above described loan transaction. The following are our fees and costs to be paid upon closing:

1. Attorney Fees:   $ 3,650.00
2. Costs:   $     0.00

Total Fees/Costs to be paid to
deNormandie, Sidlo & Associates PLLC   $ 3,650.00

Remit payment via wire to the following account:

Bank   : THE COMMERCE BANK OF WASHINGTON
Account Name   : deNormandie, Sidlo & Associates PLLC
ABA/Routing Number:   125008013
Account Number   : 2079852

Please reference the property name on the wire.

Feel free to contact me directly if you have any questions or need additional information. It has been our pleasure to represent you in this transaction.

Respectfully,

DENORMANDIE, SIDLO & ASSOCIATES PLLC

Pete de Normandie

1215 Fourth Avenue, Suite 1901 | Seattle, Washington 98161 | Phone: 206.805.2700

DEFS05045



# GreenbergTraurig

Invoice No.: 1000067518
File No.    : 208422.010200
Bill Date   : August 29, 2022

Crescit Mortgage Capital LLC
380 Lexington Avenue
New York, NY 10168

Attn: Joe Iacono

## INVOICE

Re: Heron Apartments

| | | |
|---|---|---|
| Legal Fee: | $ | 87,000.00 |
| **Current Invoice:** | **$** | **87,000.00** |

CAT:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | One Vanderbilt Avenue | New York, New York 10017
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

DEFS05046

# GT GreenbergTraurig

Invoice No.: 1000067518
File No.   : 208422.010200

Note: Payment is Due 30 Days from Date of Invoice

*FOR YOUR CONVENIENCE,
PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:*

| | |
|---|---|
| TO: | CITIBANK, N.A. |
| ABA #: | 266086554 |
| CREDIT TO: | GREENBERG TRAURIG ACCOUNT |
| ACCOUNT #: | 3200175071 |
| PLEASE REFERENCE: | **CLIENT NAME:** CRESCIT MORTGAGE CAPITAL LLC |
| | **FILE NUMBER:** 208422.010200 |
| | **INVOICE NUMBER:** 1000067518* |
| | **BILLING PROFESSIONAL:** Corey A. Tessler |

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

Greenberg Traurig
PO Box 936769
ATLANTA GA 31193-6769

Wire fees may be assessed by your bank.
\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

CAT:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | One Vanderbilt Avenue | New York, New York 10017
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com