# Exhibit G



August 1, 2022

36217.0101

<u>*VIA USPS FIRST CLASS MAIL*</u>

Chris Robinson
Emerald Bay Apartments, LLC
20 Jack and Jill Place #181
Deer Harbor, Wa 88243

Re:     Crescit Capital Strategies

Dear Mr. Robinson:

This office has been retained by Crescit Capital Strategies to collect uncompensated loan processing expenses and a break-up fee due Crescit in connection with the loan that you arranged through Crescit for the Heron Apartments project. The total amount due is $289,789.

The purpose of this letter is to determine if you plan to pay the amount due without the need for formal legal action. Please contact me by not later than August 11, 2022 if you intend to satisfy this obligation. If I have not heard from you by that date, a lawsuit to collect the amount due will be filed without prior notice to you.

Sincerely,

WILLIAMS, KASTNER & GIBBS PLLC

John G. Young
jyoung@williamskastner.com
(206) 628-6600

Williams, Kastner & Gibbs PLLC
Two Union Square
601 Union Street, Suite 4100
Seattle, Washington 98101
main 206.628.6600  fax 206.628.6611
www.williamskastner.com
WASHINGTON . OREGON

7630692.1