IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRESCIT MORTGAGE CAPITAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EMERALD BAY APARTMENTS, LLC, a Washington limited liability company, and CHRISTOPHER S. ROBISON, an individual,<br><br>Defendants. | No. 22-cv-10263 (DEH)<br><br>**CERTIFICATE OF SERVICE** |

CHRISTOPHER J. PAOLELLA, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner at Reich & Paolella LLP, attorneys for plaintiff Crescit Mortgage Capital, LLC in this action. I submit this Certificate to provide proof of my service of the following documents (the "Documents") on defendants Christopher S. Robison and Emerald Bay Apartments, LLC:

    a. Notice of Motion and Motion for Default Judgment, filed on August 5, 2024 (Dkt. 80);

    b. Declaration of Christopher J. Paolella in Support of Motion for Default Judgment, filed on August 5, 2024 (Dkt. 81);

    c. [Proposed] Default Judgment, filed on August 5, 2024 (Dkt. 82); and

    d. Order of the Court, entered on August 6, 2024 (Dkt. 84).

2.     Pursuant to the Court's Order dated August 6, 2024 (Dkt. 84), on August 6, 2024, I sent copies of the Documents by UPS Next Day Air to defendants at the following addresses, which are their last known addresses:

| | |
|---|---|
| Christopher S. Robison<br>114 Channel Road<br>Eastsound, WA 98245 | Emerald Bay Apartments, LLC<br>Jack and Jill Place, #181<br>Deer Harbor, WA 98243 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     New York, New York
           August 6, 2024

/s/ Christopher J. Paolella
Christopher J. Paolella