IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRESCIT MORTGAGE CAPITAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EMERALD BAY APARTMENTS, LLC, a Washington limited liability company, and CHRISTOPHER S. ROBISON, an individual,<br><br>Defendants. | No. 22-cv-10263 (DEH)<br><br>**DEFAULT JUDGMENT** |

This action was commenced on December 5, 2022, by the filing of the Complaint. A copy of the Summons and Complaint was served on defendant Christopher S. Robison on January 24, 2023, and a copy of the Summons and Complaint was served on defendant Emerald Bay Apartments, LLC on February 14, 2023.

On April 25, 2024, the Court granted the motion of counsel for Defendants to withdraw their appearance in this litigation. In its Order, the Court directed that by May 24, 2024, "replacement counsel shall file a notice of appearance for Defendants and/or Defendant Robison shall file a notice of pro se appearance if he decides to proceed pro se." Dkt. 69. On July 1, 2024, the Court entered a second Order directing that "Defendant Robinson shall file a notice of pro se appearance by July 22, 2024, and provide the Court with your current mailing and email address." Dkt. 72.

WHEREFORE, Defendants Emerald Bay Apartments, LLC and Christopher S. Robison, having failed to file a notice of appearance either by counsel or pro se, and the time

for doing so pursuant to this Court's Orders having expired, and the Clerk of the Court having issued a Certificate of Default,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. That judgment by default be granted in favor of plaintiff Crescit Mortgage Capital, LLC and against defendants Emerald Bay Apartments, LLC and Christopher S. Robison.

2. That the Answer with Counterclaims filed by Defendants on July 7, 2023, ECF No. 47, be stricken.

3. That all counterclaims asserted by Defendants be dismissed with prejudice.

The Clerk of Court is respectfully directed to strike ECF No. 47.

Dated: September 17, 2024
New York, New York

_____
Honorable Dale E. Ho
United States District Judge