IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRESCIT MORTGAGE CAPITAL, LLC, a Delaware limited liability company,<br><br>   Plaintiff,<br><br>  v.<br><br>EMERALD BAY APARTMENTS, LLC, a Washington limited liability company, and CHRISTOPHER S. ROBISON, an individual,<br><br>   Defendants. | No. 22-cv-10263 (DEH/KHP)<br><br>[~~PROPOSED~~]<br>**FORM OF JUDGMENT** |

  WHEREFORE, on September 17, 2024, the Court entered a Default Judgment in favor of plaintiff Crescit Mortgage Capital, LLC and against defendants Emerald Bay Apartments, LLC and Christopher S. Robison; and

  WHEREFORE, the Court referred this matter to the assigned Magistrate Judge for an inquest on damages; and

  WHEREFORE, the Court, having reviewed Crescit's submission on damages,

  IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

  1. That plaintiff Crescit Mortgage Capital, LLC be awarded damages in the amount of $244,914.24 and pre-judgment interest in the amount of $__55,498.41__, for a total sum of __300,412.65__, against defendants Emerald Bay Apartments, LLC and Christopher S. Robison, for which the defendants are jointly and severally liable.

  2. That plaintiff Crescit Mortgage Capital, LLC be awarded costs relating to the prosecution of this matter in the amount of $777.00.

1

Dated: New York, New York
___February 5___, 202_5_

_____
Honorable Dale E. Ho
United States District Judge